In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-256 CV


____________________



AL-ILAM ENTERPRISES, INC., Appellant



V.



COLINDA MOORE, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. 65718






MEMORANDUM OPINION (1)


 The appellant, Al-Ilam Enterprises, Inc., filed a motion to dismiss this appeal. The
Court finds that this motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered April 21, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.